UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CR-60210-DIMITROULEAS

UNITED STATES OF AMERICA

v.

DEMARCO D. GRANT,
a/k/a/ "T.A.S."

Defendant.

_____/

GOVERNMENT'S RESPONSE TO
THE STANDING DISCOVERY ORDER

The United States of America files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16. The portions of discovery not labeled as "Confidential" were initially made available to the defendant, Demarco D. Grant a/k/a "T.A.S." ("Defendant"), via USAfx on December 17, 2024.[1] All discovery is made available for inspection by contacting the undersigned Assistant United States Attorney and scheduling a mutually convenient time to conduct the review.

A.   1.   The government has produced or otherwise made available to Defendant for inspection and copying any statements made by the defendant in connection to the events surrounding the instant arrest.

2.   The government produced statements made by Defendant before or after his arrest in response to interrogation by any person then known to the Defendant to be a government agent that the government intends to use at trial.

3.   Defendant did not testify before the Grand Jury.

4.   No prior criminal records exist for this defendant. Any addition criminal record, if any exists, will be made available upon receipt by this office.

---

[1] Discovery files labeled "Confidential" are subject to the Government's unopposed motion for a protective order. *See* ECF No. 10.

5.      Books, audio recordings, video recording, papers, documents, data, photographs, tangible objects, buildings or places, within the government's possession, custody or control, which are material to the preparation of the Defendant's defense, or which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to Defendant, have been produced to Defendant and may also be inspected at a mutually convenient time at:  the Office of the United States Attorney, 500 E. Broward Blvd., Fort Lauderdale, Florida, Suite 700.  Please call the undersigned to set up a date and time that is convenient to both parties.  The undersigned will tentatively set the date for January 6, 2024, at 2:00 p.m. Please call the undersigned with 48 hours' notice if you intend to review the evidence at this date and time.

6.      There were no physical or mental examinations or scientific tests or experiments made in connection with this case.

B.      DEMAND FOR RECIPROCAL DISCOVERY: Pursuant to the Standing Discovery Order, the United States requests the disclosure and production of materials listed in Section (b) of Local Rule 88.10.  This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.      The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

D.      The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959).

E.      The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F.      Defendant was not identified in a lineup, show up, photo array or similar identification proceedings in connection with this incident.

G.      The government has advised its agents and officers involved in this case to preserve all rough notes.

H.      The government will timely advise Defendant of its intent, if any, to introduce at trial extrinsic act evidence pursuant to F.R.E. 404(b).  Pursuant

2

to Local Rule 88.10, the notice will be provided regardless of whether the evidence may be used in the case-in-chief, for impeachment or possible rebuttal, and will include the general nature of the evidence.

However, Defendant is hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

I.        Defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any relevant electronic surveillance that was authorized pursuant to 18 U.S.C. §2516 and 18 U.S.C §2518 and that has been unsealed in accordance with 18 U.S.C §2518.

J.        The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.        No contraband is involved in this indictment.

L.        The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

M.        The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of Defendant. The

N.        The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial.  These stipulations will be discussed at the discovery conference.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

Discovery, including photos, and other documentary evidence, was sent to counsel of record via USAfx. All records associated with Defendant are made available for review and inspection by contacting the assigned and setting a reasonable date and time to conduct the review.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: /s/ Adam Love
Adam Love
Assistant United States Attorney
Court ID No. A5503182
500 E. Broward Boulevard Suite 700
Fort Lauderdale, Florida 33394
Telephone: 954-660-5790
Email: adam.love@usdoj.gov